MACK *et al.*, Appellants, *v.* SNELL, Respondent.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by William W. Mack and others against Edward P. Snell.

No opinion. Judgment appealed from affirmed.

---

MOCHEL, Respondent, *v.* KROLL, Appellant.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by Anna Mochel against Sherman W. Kroll.

No opinion. Judgment and order appealed from affirmed, on authority of *Sanford* v. *Moss*, (Sup.) 18 N. Y. Supp. 673, and *Joy* v. *Diefendorf*, (N. Y. App.) 28 N. E. Rep. 602.

---

SANFORD, Respondent, *v.* Moss, Appellant.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by Hervey Sanford against Isaac B. Moss.

No opinion. Motion for reargument or for leave to appeal to the court of appeals denied. For decision on appeal, see 18 N. Y. Supp. 673.

---

*In re* SMITH'S ESTATE.

*In re* HAWKS.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Application for the removal of Edward C. Hawks, as trustee under the will of Eli B. Smith, deceased.

No opinion. Decree of surrogate of. Erie county removing the appellant, as testamentary trustee under the last will of Eli B. Smith, affirmed, with costs to be paid by the appellant personally. For former report, see 12 N. Y. Supp. 415.

---

TITUS, Respondent, *v.* MANNING, Appellant.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by Robert C. Titus against John B. Manning.

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

VILLAGE OF WATERLOO *et al.*, Respondents, *v.* SENECA ELECTRIC RY. CO., Appellant.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by the village of Waterloo against the Seneca Electric Railway Company.

No opinion. Interlocutory judgment appealed from affirmed, with costs, but with leave to the defendant to serve an answer within 20 days, on payment of the costs of the demurrer and of this appeal.

---

WARNER, Respondent, *v.* LAKE, Sheriff, Appellant.

*(Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by William H. Warner, as assignee, etc., against Clarence H. Lake, as sheriff, etc.

No opinion. Motion to amend order of this court granted. For decision on appeal, see 14 N. Y. Supp. 10.